IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MYRA JONES                          *
                                    *
v.                                  *   Civil No. JFM- 00-3469
                                    *
GIANT FOOD, INC., et al.            *
                                  *****

ORDER

For the reasons stated in the memorandum entered herewith and with the memorandum entered today in <u>Muhammad v. Giant Food, Inc.</u>, Civil No. JFM-98-3565, it is, this ___ day of November 2000

ORDERED

1. The Clerk open a new file entitled "<u>Myra Jones v. Giant Food, Inc., et al.</u>" without requiring plaintiff to file a filing fee;

2. All pleadings, motions, other court papers, and docket entries in <u>Muhammad v. Giant Food, Inc., et al.</u>, Civil No. JFM-98-3565 are incorporated by reference;

3. Defendants' motions for summary judgment are granted; and

4. Judgment is entered in favor of defendants against plaintiff, Myra Jones.

J. Frederick Motz
United States District Judge