IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MYRA JONES | * |
| | * |
| v. | * Civil No. JFM-00-3469 |
| | * |
| GIANT FOOD, INC., ET AL. | * |
| | ***** |

ORDER

Upon consideration of plaintiff's motion to alter, amend and/or supplement the court's order dated April 18, 2001, and the memorandum submitted in connection therewith, it is, this 11th day of June 2001

ORDERED that said motion be denied.

_____
J. Frederick Motz
United States District Judge