JUDGMENT

FILED: August 12, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

01-1031
CA-98-3565-JFM

RAQIB A. MUHAMMAD

    Plaintiff - Appellant

    and

KIMBERLY L.C. MARTIN

    Plaintiff

AUG 13 2004

GIANT FOOD INCORPORATED; J. SAINSBURY (USA) HOLDING, a/k/a The Sainsbury Group; PETE MANOS, CEO/President in his individual and official capacity, Giant Food, Incorporated; DEBRA LILLY, in her official capacity, Director of Fair Employment Office, Giant Food, Incorporated; NICK SACCHETTI, Store Manager in his official capacity, Giant Food, Incorporated; BOB SCHOENING, Vice President, in his official capacity, Giant Food, Incorporated

    Defendants - Appellees

    and

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION AFL-CIO Union Local 400

    Defendant

01-1032
CA-00-3465-JFM
CA-98-3565

DANIEL E. JOHNSON, III

    Plaintiff - Appellant

v

GIANT FOOD INC; PETE MANOS, CEO/President in his individual
and official capacity, Giant Food, Incorporated; DEBRA
LILLY, in her official capacity, Director of Fair Employment
Office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacity, Giant Food, Incorporated;
BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

    Defendants - Appellees


      NO. 01-1033
       CA-00-3466-JFM
       CA-98-3565-JFM


DARNELL HART, on behalf of those persons similarly situated

    Plaintiff - Appellant


 v.

GIANT FOOD INCORPORATED; PETE MANOS, CEO/President in his
official capacity, Giant Food, Incorporated; DEBRA LILLY,
in her official capacity, Director of Fair Employment
Office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacaity, Giant Food, Incorporated;
BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

    Defendants - Appellees


      NO. 01-1034
       CA-00-3467-JFM
       CA-98-3565-JFM


RONALD A. EVANS

    Plaintiff - Appellant


 v

GIANT FOOD INC; PETE MANOS, CEO/President in his individual
and official capacity, Giant Food, Incorporated; DEBRA
LILLY, in her official capacity, Director of Fair Employment
Office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacity, Giant Food, Incorporated;

BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

        Defendants - Appellees

                      NO. 01-1035
                          CA-00-3468-JFM
                          CA-98-3565-JFM


LINDA A. JONES

        Plaintiff - Appellant


   v

GIANT FOOD INC; PETE MANOS, CEO/President in his individual
and official capacity, Giant Food, Incorporated; DEBRA
LILLY, in her official capacity, Director of Fair Employment
office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacity, Giant Food, Incorporated;
BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

        Defendants - Appellees

                      NO. 01-1036
                          CA-00-3469-JFM
                          CA-98-3565-JFM


MYRA B  JONES

        Plaintiff - Appellant



GIANT FOOD INC; PETE MANOS, CEO/President in his individual
and official capacity, Giant Food, Incorporated; DEBRA
LILLY, in her official capacity, Director of Fair Employment
Office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacity, Giant Food, Incorporated;
BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

        Defendants - Appellees

```
          --------------------
    Appeal from the United States District Court for the
            District of Maryland at Baltimore
          --------------------
```

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court

    A certified copy of this judgment will be provided to the District Court upon issuance of the mandate.  The judgment will take effect upon issuance of the mandate.


                                          /s/ Patricia S. Connor
                                                    CLERK